```
 1 │ McGREGOR W. SCOTT
   │ United States Attorney
 2 │ ROBIN R. TAYLOR
   │ Assistant U.S. Attorney
 3 │ 501 I Street, Suite 10-100
   │ Sacramento, California  95814
 4 │ Telephone: (916) 554-2722
```



FILED

MAY - 7 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

2 08 - MJ - 0168   DAD

| In re Search Warrant, | ) | Misc no. |
|---|---|---|
| | ) | |
| | ) | ORDER |
| [sealed] | ) | |

For the reasons set forth in the declaration of Brian Korbs, the Court hereby orders that: the affidavit to the Criminal Complaint and Search Warrant, the relevant face pages, as well as this Application for Sealing Order, Declaration in Support Thereof, and Order, are sealed.  They shall remain sealed until the arrest of the defendant, or by further order of the court, whichever comes first.

DATED: _May 7_, 2008

_____
HON. DALE A. DROZD
U.S. Magistrate Judge