UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
May 8, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                      )<br>            Plaintiff,                     )<br>v.                                                 )<br>                                                      )<br>MICHAEL IAN GO LARGENT,    )<br>                                                      )<br>            Defendant.                 ) | Case No. MAG. 08-0168-DAD<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release STEVEN JOSEPH SORIA, Case No. MAG. 08-0102-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

_X_   Bail Posted in the Sum of: $25,000.00.

　　　_X_   Unsecured Appearance Bond

　　　___   Appearance Bond with Surety

　　　_X_   (Other) <u>Conditions as stated on the record.</u>

　　　___   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>05/08/08</u> at 2:54 pm.

By /s/ Edmund F. Brennan
Edmund F. Brennan
United States Magistrate Judge